UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

IN RE: VELOCITY EXPRESS INC.,            Case No. 08-MD-1978
WAGE & HOUR EMPLOYMENT
PRACTICES LITIGATION

---

**ORDER**

---

On September 30, 2009, the court stayed and administratively closed this matter based upon Velocity Express, Inc.'s notice of bankruptcy. On March 28, 2012, the court ordered the parties to submit a brief status report to the court every 90 days. The parties failed to file a status report after the court directed them to do so and no further action has been taken by the parties. Under these circumstances, it appears this case is no longer being pursued. This action will therefore be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure for lack of prosecution, absent objection from the parties within the next ten days.

**SO ORDERED** this  22nd  day of July, 2019.

                                        s/ William C. Griesbach
                                        William C. Griesbach, Chief Judge
                                        United States District Court